IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40349
Conference Calendar
_____


DAVID C. LITTLE HAWK,
a/k/a Wendell Lee,

                                   Plaintiff-Appellant,

and

RUDY FRIAS,

                                   Plaintiff,

versus

WAYNE SCOTT, Director,
Texas Department of Criminal Justice,
Institutional Division;
JERRY GROOM; JIMMY E. ALFORD, Warden;
ROBERT B. PARKER; PAMELA K. DAVIS;
BENNY EARL ROBERTS; JIMMY FOLSOM,

                                   Defendants-Appellees,

NOAH S. MARTINEZ,

                                   Movant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 0540-6 : 6:95-cv-217
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     On motion for leave to proceed on appeal in forma pauperis

(IFP), David C. Little Hawk makes no argument that challenges the

_____

[*]     Local Rule 47.5.1 provides:  "The publication of
opinions that and merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

district court's enforcement of a previously-imposed sanction barring him from filing suits without judicial permission.  He has identified no nonfrivolous issues for appeal.  IFP is denied, and the appeal is dismissed as frivolous.  <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2.

Because the instant appeal is frivolous and because it stems from Little Hawk's violation of a district court sanction, we impose a monetary sanction.  Accordingly, Little Hawk shall pay to the clerk of this court the amount of $100.  Until he pays that amount in full, Little Hawk shall be barred from filing any civil appeal or other initial pleading in this court.

IFP DENIED.  APPEAL DISMISSED.  SANCTION IMPOSED.